HARRIS B. TABACK, SBN 111017
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Suite. 102
San Francisco, CA  94102
Telephone:  (415) 241-1400
Facsimile:  (415) 565-0110
Email: htaback@earthlink.net

Attorneys for Defendant
HEZEKIAH HOWARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEZEKIAH HOWARD, <br><br> Defendant. | No.  CR 23 - 00358 -   JST <br> No.  CR 18 - 00587 -   JST <br><br> **Defendant HOWARD'S Memorandum To Request To Change Plea, Admit To Supervision Violations, Waive PSR And Proceed To Sentencing Immediately After Plea And Admissions** <br><br> Date: March 15, 2024 <br> Time: 9:30 a.m. <br> Courtroom: The Honorable Jon S. Tigar <br> United States District Judge |

The Defendant, HEZEKIAH HOWARD, by and through undersigned Counsel, respectfully requests the following to take place at the March 15th Change of Plea Hearing: HOWARD will change his plea to guilty to the one count information (18 U.S.C. 922(g)(1)) pursuant to a written Federal Rules of Criminal Procedure Rule 11 (c)(1)(c) agreement. HOWARD will also ask permission to admit to Charges Three and Four of the Form 12 Petition in CR 18 - 00587 - JST.

Further, HOWARD respectfully requests that This Honorable Court allow him to waive his right to a Pre Sentence Report and to immediately proceed to sentencing after the Change of Plea and admissions to supervision violations.

Finally, HOWARD respectfully requests that Your Honor accept the parties recommended sentence of credit for time served in CR 18 - 00587 JST (and then terminate supervision) and 14 months in prison, with full credit for time served toward that sentence in CR 23 - 00358 - JST. This proposed sentence is a condition of the Plea Agreement and is supported by the 3553(a) factors as referenced in the Government's Sentencing Memorandum.

Dated March 13, 2023                    Respectfully Submitted,

                                        LAW OFFICES OF HARRIS B. TABACK


                                        By:_____SS_____
                                            HARRIS B. TABACK
                                            Attorney for HEZEKIAH HOWARD